The People of the State of Illinois, Plaintiff-Appellee, *v.* Ollie Mae Applewhite, Defendant-Appellant.

(No. 58503;

First District (1st Division)—January 6, 1975.

PER CURIAM.

SIMON, J., took no part.

Edward M. Genson and Arthur L. Belkind, both of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Thomas D. Rafter, and Richard H. Robinson, Assistant State's Attorneys, of counsel), for the People.

GEORGEANN FARAH, Plaintiff-Appellee, *v.* ELIE FARAH, Defendant-Appellant.

(No. 59651;

First District (1st Division)—January 6, 1975.